UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD TAHSEEN AFZAL,<br><br>           Petitioner,<br><br>      v.<br><br>WENDY KAY,<br><br>           Respondent. | No.  2:20-cv-1614 AC P<br><br><br><br>ORDER |

     By an order filed August 18, 2020, plaintiff was ordered to file a completed in forma pauperis affidavit and pay the filing fee within thirty days, and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  ECF No. 4.  The thirty-day period has now expired, and plaintiff has not filed an application to proceed in forma pauperis, paid the filing fee, or otherwise responded to the order.  Petitioner shall be given one more opportunity to comply with the August 18, 2020 order or face a recommendation that this action be dismissed.

     Accordingly, IT IS HEREBY ORDERED that within twenty-one days of service of this order, petitioner shall file a completed application to proceed in forma pauperis or pay the filing

////

////

////

1

1  fee.  Failure to comply with this order will result in a recommendation that this action be
2  dismissed.
3  DATED: December 21, 2020

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE