UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD TAHSEEN AFZAL, | No. 2:20-cv-1614 AC P |
| Petitioner, | |
| v. | ORDER |
| WENDY KAY, | |
| Respondent. | |

By order filed February 19, 2021, the undersigned screened the petition, found that it did not state any cognizable claims, and provided petitioner with the opportunity to file an amended complaint within thirty days. ECF No. 10. Petitioner was warned that failure to file an amended petition would result in a recommendation that the petition be dismissed. Id. at 2. Thirty days have now passed and petitioner has not filed an amended petition. Instead, petitioner has filed another motion to proceed in forma pauperis. ECF No. 11. The court has already granted petitioner leave to proceed in forma pauperis, ECF No. 10 at 3, and the motion will therefore be denied as moot. Additionally, petitioner will be given one final opportunity to file an amended petition. If petitioner chooses not to file an amended petition, the court will assume that he is choosing to stand on the original petition and will recommend that it be dismissed for the reasons set forth in the February 19, 2021 order.

////

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis, ECF No. 11, is DENIED as moot.

2. Within twenty-one days of the service of this order, petitioner may file an amended petition. Failure to file an amended petition will result in a recommendation that this action be dismissed.

DATED: April 5, 2021

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE